IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SYLVIA SLATER,                            :
                                          :
        Plaintiff,                        :
                                          :
vs.                                       :        Case No. 7:05-CV-13 (HL)
                                          :
JO ANNE B. BARNHART,                      :
Commissioner of                          :
Social Security,                          :
                                          :
        Defendant.                        :
                                          :
_____:

### O R D E R

Upon motion by defendant the Commissioner requests voluntary remand of this claim  for

further administrative proceedings.

Upon receipt of the court order, the Appeals Council will remand the case to an

administrative law judge for reconstruction of the administrative record.

Therefore, this Court hereby remands the cause to the Commissioner for further

proceedings  pursuant to Sentence Six of Section 205(g) of the Social Security Act, 42 U.S.C.

§ 405(g).

IT IS HEREBY ORDERED, for good cause shown, that the same is granted, this

5th day of May, 2005.

 

RICHARD L. HODGE
UNITED STATES MAGISTRATE  JUDGE

PRESENTED BY:

/s/ H. Randolph Aderhold
Assistant United States Attorney
Georgia Bar No. 005150
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: 478/621-2728
Facsimile:  478/621-2737
E-mail: randy.aderhold@usdoj.gov