IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SYLVIA SLATER,                              :
                                            :
      Plaintiff,                            :
                                            :
vs.                                         :     Case No. 7:05-CV-13 (HL)
                                            :
JO ANNE B. BARNHART,                        :
Commissioner of                             :
Social Security,                            :
                                            :
      Defendant.                            :
                                            :
_____:

## O R D E R

On May 5, 2005, the undersigned electronically filed an order which purported to grant the Commissioner's motion for voluntary remand of the above captioned cause. Inasmuch as the parties hereto had not yet filed their consents for the undersigned to handle this matter in lieu of a United States District Judge that order was entered in error. Further, the undersigned failed to sign that order. Accordingly, the order is hereby WITHDRAWN and VACATED.

The parties having now consented fully to the undersigned proceeding in this matter, the court now enters the following order. Upon motion by defendant the Commissioner requests voluntary remand of this claim for further administrative proceedings.

Upon receipt of the court order, the Appeals Council will remand the case to an administrative law judge for reconstruction of the administrative record.

Therefore, this Court hereby remands the cause to the Commissioner for further

proceedings pursuant to Sentence Six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

    IT IS HEREBY ORDERED, for good cause shown, that the same is GRANTED, this 5th day of May, 2005.

                                          /s/ Richard L. Hodge
                                          RICHARD L. HODGE
                                          UNITED STATES MAGISTRATE JUDGE